United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                                      Case No. 26-00269-MJC

Natalie Martinez                                                                            Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5                        User: AutoDocke                               Page 1 of 2

Date Rcvd: Mar 10, 2026                     Form ID: ntcnfhrg                              Total Noticed: 26

The following symbols are used throughout this certificate:

**Symbol        Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                regulations require that automation-compatible mail display the correct ZIP.

^               Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.


**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 12, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Natalie Martinez, 4015 Crest View Drive, Stroudsburg, PA 18360-9050 |
| 5777246 | | DAVID J APOTHAKER ESQ, APOTHAKER SCIAN PC, PO BOX 5496, MOUNT LAUREL, NJ 08054-5496 |
| 5777249 | | LAKEVIEW MORTGAGE, C/O M&T BANK LENDING SVCS-CUST SPT, PO BOX 1288, BUFFALO, NY 14240-1288 |
| 5777250 | + | POCONO YMCA, 809 MAIN STREET, STROUDSBURG, PA 18360-1601 |
| 5777257 | | WOODLAND PARK PEDIATRICS PC, 214 LACKAWANNA AVENUE, LITTLE FALLS, NJ 07424-2976 |
| 5777258 | | YOUNG'S MEDICAL EQUIPMENT, PO BOX 748850, LOS ANGELES, CA 90074-8850 |

TOTAL: 6


**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern
Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5777237 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 10 2026 18:59:22 | CAP1/KOHLS DEPT STORE, PO BOX 31293, SALT LAKE CITY, UT 84131-0293 |
| 5777238 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 10 2026 18:59:15 | CAPITAL ONE, PO BOX 31293, SALT LAKE CITY, UT 84131-0293 |
| 5777239 | + | Email/Text: bankruptcy@cavps.com | Mar 10 2026 18:46:00 | CAVALRY PORTFOLIO SERVICE, 1 AMERICAN LN, SUITE 220, GREENWICH, CT 06831-2563 |
| 5777240 | + | Email/Text: bankruptcy@cavps.com | Mar 10 2026 18:46:00 | CAVALRY SPV I, LLC, 1 AMERICAN LANE STE 220, GREENWICH, CT 06831-2563 |
| 5777241 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 10 2026 18:59:17 | CITIBANK, 5800 S COROPORATE PL, SIOUX FALLS, SD 57108-5027 |
| 5777242 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 10 2026 18:46:00 | COMENITY BANK/VICTORIA SECRET, 3095 LOYALTY CIRCLE BLDG A, COLUMBUS, OH 43219-3673 |
| 5777243 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 10 2026 18:46:00 | COMENITY CAPITAL BANK, 3095 LOYALTY CIRCLE BLDG A, COLUMBUS, OH 43219-3673 |
| 5777244 | | Email/Text: bankruptcy_notifications@ccsusa.com | Mar 10 2026 18:46:00 | CREDIT COLLECTION SERVICES, PO BOX 337, NORWOOD, MA 02062-0337 |
| 5777245 | + | Email/PDF: creditonebknotifications@resurgent.com | Mar 10 2026 18:59:16 | CREDIT ONE BANK, PO BOX 98872, LAS VEGAS, NV 89193-8872 |
| 5777247 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Mar 10 2026 18:46:00 | JEFFERSON CAPITAL SYSTEM, 200 14TH AVENUE E, SARTELL, MN 56377-4500 |
| 5781855 | | Email/Text: JCAP_BNC_Notices@jcap.com | Mar 10 2026 18:46:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 5777248 | | Email/Text: govtaudits@labcorp.com | Mar 10 2026 18:46:00 | LABORATORY CORP OF AMERICA, PO BOX 2240, BURLINGTON, NC 27216-2240 |
| 5779591 | + | Email/PDF: cbp@omf.com | Mar 10 2026 18:59:15 | OneMain Financial Group, LLC, PO Box 981037, |

| 5786085 | Email/Text: bnc-quantum@quantum3group.com | | Boston, MA 02298-1037 |
|---|---|---|---|
| | | Mar 10 2026 18:46:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5777251 | + Email/Text: ngisupport@radiusgs.com | Mar 10 2026 18:46:00 | RADIUS GLOBAL SOLUTIONS, PO BOX 390846, MINNEAPOLIS, MN 55439-0846 |
| 5777252 | ^ MEBN | Mar 10 2026 18:44:27 | ST LUKE'S UNIVERSITY HEALTH NETWORK, PO BOX 604152, CHARLOTTE, NC 28260-4152 |
| 5777253 | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 10 2026 18:59:27 | SYNCB/AMAZON PLCC, PO BOX 71737, PHILADELPHIA, PA 19176-1737 |
| 5777254 | + Email/PDF: ais.sync.ebn@aisinfo.com | Mar 10 2026 18:59:21 | SYNCB/PPC, PO BOX 71727, PHILADELPHIA, PA 19176-1727 |
| 5777255 | + Email/PDF: cbp@omf.com | Mar 10 2026 18:59:28 | WEB BANK/ONEMAIN, PO BOX 3316, EVANSVILLE, IN 47732-3316 |
| 5777256 | Email/PDF: ais2.BankruptcynoticesExceptions@aisinfo.com | Mar 10 2026 18:59:16 | WELLS FARGO CARD SERVICES, PO BOX 393, MINNEAPOLIS, MN 55480-0393 |

TOTAL: 20

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 12, 2026          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 10, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Matthew K. Fissel | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| Vincent Rubino | on behalf of Debtor 1 Natalie Martinez lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.com;swiggins@newmanwilliams.com |

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Natalie Martinez,
aka Natalie Dukmasow,

Chapter 13

**Debtor 1**

Case No. 5:26−bk−00269−MJC

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**April 9, 2026** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Max Rosenn US Courthouse, Courtroom 2, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: April 16, 2026 Time: 10:00 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** Max Rosenn U.S. Courthouse 197 South Main Street Wilkes−Barre, PA 18701 (570) 831−2500 | **For the Court:** Seth F. Eisenberg Clerk of the Bankruptcy Court: By: ChristopherGambini, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: March 10, 2026 |

ntcnfhrg (08/21)