

12433-PAM-DE-040737101

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 14, 2026, at 10:32 o'clock AM EDT, Natalie Martinez completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date:   March 16, 2026                        By:      /s/Lisa Susoev

                                             Name:  Lisa Susoev

                                             Title:   Teacher