UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>    NATALIE MARTINEZ<br>        Debtor<br><br>JACK N. ZAHAROPOULOS<br>STANDING CHAPTER 13 TRUSTEE<br>        Movant<br><br>        vs.<br><br>NATALIE MARTINEZ<br>        Respondent | CHAPTER 13<br><br>CASE NO. 5:26-BK-00269-MJC |

**<u>TRUSTEE'S MOTION TO DISMISS CHAPTER 13 CASE</u>**

AND NOW, on  6th day of August, 2026, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, through his attorney, Agatha R. McHale, Esquire, and moves this Honorable Court for dismissal of the above-captioned Chapter 13 bankruptcy case in accordance with 11 U.S.C. Section 1307(c), due to material default by the debtor(s) with respect to the terms of the plan.

Notice of hearing and other instructions are included with this Motion.

WHEREFORE, your Trustee prays that this Honorable Court enter an Order dismissing the above-captioned case in accordance with 11 U.S.C. Section 1307(c).

Respectfully submitted,

Date: 08/06/2026

*/s/ Agatha R. McHale, Esquire*
Attorney ID: 47613
Attorney for
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA  17036
Telephone: (717) 566-6097
Email: amchale@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>　NATALIE  MARTINEZ<br>　　Debtor | CHAPTER 13 |
| | |
| JACK N. ZAHAROPOULOS<br>STANDING CHAPTER 13 TRUSTEE<br>　　Movant | CASE NO. 5:26-BK-00269-MJC |
| | |
| 　　vs. | |
| | |
| 　NATALIE  MARTINEZ<br>　　Respondent | |

## NOTICE

NOTICE IS HEREBY GIVEN that Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, has filed a Motion to Dismiss for failure to make timely payments pursuant to your Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a HEARING with the Court has been scheduled on this motion. Any matters not resolved shall be heard at the dismissal hearing.

Date:　September 17, 2026
Time　10:00 AM
　　　Max Rosenn U.S. Courthouse
　　　Courtroom No. 2
　　　197 South Main Street, Room 274
　　　Wilkes-Barre, PA  18701

YOU ARE FURTHER NOTICED that you MUST attend the dismissal hearing unless one of the following takes place

1. You have paid the following and have confirmed payment with Trustee Zaharopoulos's office.
　　　**AMOUNT DELINQUENT AS OF LAST MONTH: $640.00**
　　　**AMOUNT DUE FOR THIS MONTH: $320.00**
　　　**TOTAL AMOUNT DUE BEFORE HEARING DATE: $960.00**

**NOTE:**
　　**ALL payments must be made by CERTIFIED CHECK, MONEY ORDER or through TFSBILLPAY.COM. NO PERSONAL CHECKS OR CASH WILL BE ACCEPTED!**

　　**DO NOT** send your payments REGISTERED, CERTIFIED, FEDERAL EXPRESS, UPS, or by any other special delivery service. Doing so will delay processing of your payment and **may result in dismissal of your case.**

**If submitting payment by U.S. First Class Mail,** mail to:
CHAPTER 13 TRUSTEE, PO BOX 6008, MEMPHIS, TN 38101-6008

**If submitting payment using TFSBILLPAY.COM** please **allow 5 business days** for payment to be applied.

2. You have entered into a valid stipulation with Trustee Zaharopoulos and that stipulation has been filed with the court, or

3. You have filed a voluntary conversion or a voluntary case dismissal with the U.S. Bankruptcy Court and have served a copy of that motion upon Trustee Zaharopoulos.

**FAILURE TO COMPLY WITH THE ABOVE WILL RESULT IN YOUR CHAPTER 13 CASE BEING CALLED FOR DISMISSAL HEARING WITH THE COURT ON THE DATE AND TIME AS SPECIFIED IN THIS NOTICE. THIS MAY RESULT IN DISMISSAL OF YOUR CASE.**

Respectfully submitted,

Date: 08/06/2026

*/s/ Agatha R. McHale, Esquire*
Attorney ID: 47613
Attorney for
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Telephone: (717) 566-6097
Email: amchale@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>    NATALIE  MARTINEZ<br>        Debtor | CHAPTER 13 |
| | CASE NO. 5:26-BK-00269-MJC |
| JACK N. ZAHAROPOULOS<br>STANDING CHAPTER 13 TRUSTEE<br>        Movant | |
|         vs. | |
| NATALIE  MARTINEZ<br>        Respondent | |

## ORDER DISMISSING CHAPTER 13 CASE

Upon consideration of the Trustee's Motion to Dismiss Case, it is hereby ORDERED that

the above-captioned bankruptcy be and hereby is DISMISSED.  The Court retains jurisdiction to

rule on any timely fee application.

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:  
    NATALIE  MARTINEZ  
        Debtor  

    JACK N. ZAHAROPOULOS  
    STANDING CHAPTER 13 TRUSTEE  
        Movant  

        vs.  

    NATALIE  MARTINEZ  
        Respondent  

CHAPTER 13

CASE NO. 5:26-BK-00269-MJC

## <u>CERTIFICATE OF SERVICE</u>

AND NOW, this 6th day of August, 2026, I hereby certify that I have served the foregoing by electronically notifying parties or by depositing a true and correct copy of the same in the United States mail from Hummelstown, Pennsylvania, postage prepaid, first-class mail, addressed to the following:

***VIA ELECTRONIC MAIL SERVICE ONLY***

OFFICE OF THE UNITED STATES  
TRUSTEE  
SYLVIA H. RAMBO UNITED STATES  
COURTHOUSE  
1501 NORTH 6TH STREET  
HARRISBURG, PA  17102

VINCENT RUBINO, ESQUIRE  
712 MONROE STREET  
P.O. BOX 511  
STROUDSBURG, PA  18360-0511

***VIA FIRST-CLASS U.S.P.S. MAIL ONLY***

NATALIE  MARTINEZ  
4015 CREST VIEW DRIVE  
STROUDSBURG, PA  18360

*/s/ Ashley Schott*
_____

Office of Jack N. Zaharopoulos  
Standing Chapter 13 Trustee